IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GEORGE B. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:13CV89 |
| | ) | |
| RICHARD B. NEELY, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On February 26, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed a document titled, Request to Take Judicial Notice [Doc. #16], and objections [Doc. #17] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's request for judicial notice and objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #14] which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment [Doc. #8] is granted, that the Petition [Doc. #2] is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 24th day of March, 2014.

_____
United States District Judge