IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GEORGE B. WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:13CV89 |
| RICHARD L. NEELEY, | ) ) ) |
| Respondent. | ) ) |

ORDER

On November 14, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #41] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #38], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Make Additional Findings and Amend the Judgment [Doc. #33] is DENIED.

This, the 15th day of January, 2015.

United States District Judge